FILED: September 8, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2107
(2:15-cv-00016-AWA-RJK)
_____

NORFOLK SOUTHERN RAILWAY COMPANY

    Plaintiff - Appellee

v.

SPRINT COMMUNICATIONS COMPANY L.P.

    Defendant - Appellant

_____

O R D E R
_____

    For reasons appearing to the court, this case is removed from its previously scheduled argument date of September 13, 2017.

    The parties are directed to file briefs of no more than ten (10) pages addressing the question of whether the appraisal decision is an arbitration award under the Federal Arbitration Act. The parties shall file four paper copies of their supplemental briefs, in addition to the electronic copy, on or before September 29, 2017.

    This case will be rescheduled for oral argument at the December 5-7, 2017,

oral argument session.

                                                For the Court

                                                <u>/s/ Patricia S. Connor, Clerk</u>